# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION
### [FILED ELECTRONICALLY]

| | |
|---|---|
| HAYWARD WAYNE GRIFFEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:08-CV-330-S |
| | ) |
| ADVANTAGE TANK LINES, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## AGREED ORDER OF DISMISSAL

By agreement of the Plaintiff, Hayward Wayne Griffee, and Defendant, Advantage Tank Lines, LLC, parties hereto, as evidenced by the signatures of their respective counsel below, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims of Plaintiff, Hayward Wayne Griffee, against Defendant, Advantage Tank Lines, LLC, be dismissed, with prejudice. Each party shall be responsible for its own costs and attorneys' fees.

Done this

**AGREED TO:**

| | |
|---|---|
| */s/ Richard S. Cleary* <br> Richard S. Cleary, Esq. <br> GREENEBAUM DOLL & MCDONALD PLLC <br> 3500 National City Tower <br> 101 South Fifth Street <br> Louisville, Kentucky 40202 <br> Telephone: (502) 587-3504 <br> Facsimile: (502) 540-2238 <br> E-mail: rsc@gdm.com | */s/ Andrew Dutkanych, III (with permission)* <br> Andrew Dutkanych, III, Esq. <br> BIESECKER DUTKANYCH & MACER, LLC <br> 101 North Seventh Street <br> Louisville, Kentucky 40202 <br> Telephone: (502) 561-3418 <br> E-mail: ad@bdlegal.com <br> <br> COUNSEL FOR PLAINTIFF, <br> HAYWARD WAYNE GRIFFEE |

and

Michael Curley *(admitted Pro Hac Vice)*
Curley & Mullen LLP
5 Penn Plaza, 23rd Floor
New York, NY 10001-1821
Telephone: (646) 378-2231
Facsimile: (646) 378-2232
E-mail: mcurley@curleymullen.com

and

Alison L. Tomasco *(admitted Pro Hac Vice)*
Curley & Mullen LLP
2000 Market Street, Suite 1470
Philadelphia, PA 19103
Telephone: (267) 558-2054
Facsimile: (267) 256-5263
E-mail: atomasco@curleymullen.com

COUNSEL FOR DEFENDANT,
ADVANTAGE TANK LINES, LLC

3974452.1